**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: David M. Niedrist <br>               Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 17-13310 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Nationstar Mortgage LLC as Servicer for Deutsche Bank National Trust Company as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-MLN1 and index same on the master mailing list.

                                       Respectfully submitted,

                                       **/s/Rebecca A. Solarz, Esquire**
                                       Rebecca A. Solarz, Esquire
                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322 FAX (215) 627-7734