# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 17-13310-MDC

DAVID M. NIEDRIST

45 Indian Creek Entry

Levittown, PA 19057

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    DAVID M. NIEDRIST

    45 Indian Creek Entry

    Levittown, PA 19057

Counsel for debtor(s), by electronic notice only.

    DANIEL T MCGRORY ESQUIRE
    144 E DEKALB PIKE
    STE 300
    KING OF PRUSSIA, PA 19406

                                                    /S/ William C. Miller

Date: 7/31/2017                                    _____

                                                        William C. Miller, Esquire
                                                        Chapter 13 Standing Trustee