UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID M. NIEDRIST                    Chapter 13

                Debtor                Bankruptcy No. 17-13310-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

AND NOW, this ___9th___ day of ___November___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DANIEL T MCGRORY ESQUIRE
144 E DEKALB PIKE
STE 300
KING OF PRUSSIA, PA 19406


Debtor:
DAVID M. NIEDRIST

45 Indian Creek Entry

Levittown, PA 19057