United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-13310-mdc
David M. Niedrist                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore           Page 1 of 1            Date Rcvd: Nov 14, 2017
                              Form ID: pdf900           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2017.
db           +David M. Niedrist,    45 Indian Creek Entry,    Levittown, PA 19057-2714
cr           +DEUTSCHE BANK NATIONAL TRUST COMPANY,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L,
               6409 CONGRESS AVE.,,    SUITE 100,    BOCA RATON, FL 33487-2853
13915723     +Daniel T. McGrory, Esquire,    Pizonka, Reilley, Bello & McGrory, P.C.,   144 E. DeKalb Pike,
               Suite 300,    King of Prussia, PA 19406-2150
13952185     +Deutsche Bank National Trust Company,    Nationstar Mortgage LLC,   PO BOX 619094,
               Dallas, TX 75261-9094
13915725     +KML Law Group, P.C.,    Suite 5000 - BNY Independence Center,   701 Market Street,
               Philadelphia, PA 19106-1538
13915726     +Lower Bucks County Joint,    Municipal Authority,   P.O. Box 460,   Levittown, PA 19058-0460
13915727     +Nationstar Mortgage,    8950 Cypress Waters Blvd,   Coppell, TX 75019-4620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Nov 15 2017 02:09:17     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2017 02:08:49
               Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2017 02:09:15    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13982626     +E-mail/Text: g20956@att.com Nov 15 2017 02:09:33     AT&T Mobility II LLC,
               %AT&T SERVICES INC.,    KAREN A. CAVAGNARO LEAD PARALEGAL,   ONE AT&T WAY, SUITE 3A104,
               BEDMINSTER, NJ. 07921-2693
13975757     +E-mail/Text: bankruptcy@cavps.com Nov 15 2017 02:09:12     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13969775      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2017 02:15:01
               LVNV Funding, LLC its successors and assigns as,   assignee of Arrow Financial Services,,
               LLC,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13969774      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2017 02:15:02
               LVNV Funding, LLC its successors and assigns as,   assignee of North Star Capital,
               Acquisition LLC,    Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13915728     +E-mail/Text: bankruptcygroup@peco-energy.com Nov 15 2017 02:08:47     PECO,
               2301 Market Street,    Philadelphia, PA 19103-1380
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2017 at the address(es) listed below:
              DANIEL T. MCGRORY    on behalf of Debtor David M. Niedrist dmcgrory@pmrbm.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee
               for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series
               2007-MLN1 bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company as Trustee for
               Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series
               2007-MLN1 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID M. NIEDRIST                           Chapter 13

                    Debtor                  Bankruptcy No. 17-13310-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

AND NOW, this ___9th___ day of ___November___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DANIEL T MCGRORY ESQUIRE
144 E DEKALB PIKE
STE 300
KING OF PRUSSIA, PA 19406

Debtor:
DAVID M. NIEDRIST

45 Indian Creek Entry

Levittown, PA 19057